```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 33031
    THOMAS J DOKOUSIAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-1455


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 12/03/2008 and was not confirmed.

    The case was dismissed without confirmation 02/09/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE NOTI  NOT FILED            .00            .00
WELLS FARGO BANK NA        CURRENT MORTG        .00            .00            .00
WELLS FARGO BANK NA        MORTGAGE ARRE  38000.00             .00            .00
INTERNAL REVENUE SERVICE   PRIORITY        9504.26             .00            .00
INTERNAL REVENUE SERVICE   UNSECURED       2440.96             .00            .00
GMAC                       SECURED VEHIC  11269.78             .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY    NOT FILED            .00            .00
ARCHER BANK                CURRENT MORTG        .00            .00            .00
ARCHER BANK                MORTGAGE ARRE        .00            .00            .00
ARCHER BANK                MORTGAGE NOTI  NOT FILED            .00            .00
AMERICAN GENERAL FINANCE   UNSECURED      NOT FILED            .00            .00
ARMOR SYSTEMS CORP         UNSECURED      NOT FILED            .00            .00
VILLAGE OF BROOKFIELD      UNSECURED      NOT FILED            .00            .00
CBCS                       UNSECURED      NOT FILED            .00            .00
CHASE MANHATTAN MORTGAGE   UNSECURED      NOT FILED            .00            .00
CHASE CARD MEMBER SERVIC   UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED      NOT FILED            .00            .00
CITY OF ELMWOOD PARK       NOTICE ONLY    NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00            .00
FIRST PERSONAL BANK        UNSECURED      NOT FILED            .00            .00
GREYSTONE RECOVERY GROUP   UNSECURED      NOT FILED            .00            .00
GROOT INDUSTRIES INC       UNSECURED      NOT FILED            .00            .00
HFC USA                    UNSECURED      NOT FILED            .00            .00
ILLINOIS TOLLWAY AUTHORI   UNSECURED      NOT FILED            .00            .00
VILLAGE OF ELMWOOD PARK    UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
NICOR GAS                  UNSECURED      NOT FILED            .00            .00
PAETEC                     UNSECURED      NOT FILED            .00            .00
RESURRECTION BEHAVIORAL    UNSECURED      NOT FILED            .00            .00
SAMS CLUB                  UNSECURED      NOT FILED            .00            .00
SUBURBAN LIFE PUBLICATIO   UNSECURED      NOT FILED            .00            .00
VAN RU CREDIT CORPORATIO   UNSECURED      NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 33031 THOMAS J DOKOUSIAN
```

```
VEOLIA ENVIRONMETAL SVC    UNSECURED        NOT FILED              .00         .00
VILLAGE OF STONE PARK      UNSECURED        NOT FILED              .00         .00
PHILIP A IGOE              DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                            .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                              ---------------    ---------------
TOTALS                             .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                        PAGE   2
        CASE NO. 08 B 33031 THOMAS J DOKOUSIAN